STATE OF MAINE
KENNEBEC, ss

STATE OF MAINE

v.

MATTHEW CARTER,

Defendant

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-12-001
*NM -KEN- 5/24/2012*

ORDER ON DEFENDANT'S
MOTION TO SUPPRESS

The findings of fact made on the record at the conclusion of the hearing are incorporated into this order by reference.

The court concludes that the defendant was not under arrest. State v. Higgins, 2002 ME 77, ¶¶ 12-13, 796 A.2d 50, 54. But if he was under arrest, the officer had sufficient probable cause to believe the defendant's senses were "affected to the slightest degree, or to any extent," by the alcohol the officer believed the defendant consumed, based on the odor of intoxicating beverage coming from the defendant's facial area. See State v. Webster, 2000 ME 115, ¶ 7, 754 A.2d 976, 977-78.

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: May 24, 2012

Nancy Mills
Justice, Superior Court

1

STATE OF MAINE                                    SUPERIOR COURT
   vs                                             KENNEBEC, ss.
MATTHEW J CARTER                                  Docket No  AUGSC-CR-2012-00001
187 DINSMORE RD
SIDNEY ME 04330                                   **DOCKET RECORD**

DOB: 11/26/1987
Attorney: SCOTT HESS                  State's Attorney: EVERT FOWLE
        THE LAW OFFICE OF SCOTT F HESS, LLC
        82 WINTHROP STREET
        AUGUSTA ME 04330
        APPOINTED 12/15/2011

Filing Document: CRIMINAL COMPLAINT          Major Case Type: MISDEMEANOR (CLASS D,E)
Filing Date: 11/30/2011

## Charge(s)

1    OPERATING UNDER THE INFLUENCE          **10/30/2011 AUGUSTA**
Seq 11493 29-A  2411(1-A)(A)          Class D


## Docket Events:

01/03/2012 Charge(s): 1
        TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 01/03/2012 at 06:00 p.m.

        TRANSFERRED CASE: SENDING COURT CASEID AUGDCCR201101854
        FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 11/30/2011

        Charge(s): 1
        HEARING -  ARRAIGNMENT SCHEDULED FOR 12/14/2011 at 08:30 a.m. in Room No.  1

        NOTICE TO PARTIES/COUNSEL
        Charge(s): 1
        HEARING -  ARRAIGNMENT HELD ON 12/14/2011

        DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
        Charge(s): 1
        PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 12/14/2011

        TRIAL -  BENCH SCHEDULED FOR 01/17/2012 at 08:30 a.m. in Room No.  1

        NOTICE TO PARTIES/COUNSEL
        TRIAL -  BENCH NOT HELD ON 01/03/2012

        TRIAL -  BENCH NOTICE SENT ON 12/22/2011

        Charge(s): 1
        MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 12/14/2011

        Charge(s): 1
        MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 12/15/2011
        ROBERT E MULLEN , JUDGE
        COPY TO PARTIES/COUNSEL

Party(s): MATTHEW J CARTER
ATTORNEY - APPOINTED ORDERED ON 12/15/2011

Attorney: SCOTT HESS
Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL REQUESTED ON 12/30/2011

Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 01/03/2012

AUGSC
01/05/2012 TRIAL - DOCKET CALL SCHEDULED FOR 03/06/2012 at 11:00 a.m.

01/05/2012 Charge(s): 1
TRANSFER - PERMANENT TRANSFER RECVD BY COURT ON 01/03/2012

AUGUSTA DISTRICT COURT
02/01/2012 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 01/31/2012

Attorney: SCOTT HESS
02/21/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 03/09/2012 at 08:30 a.m.

NOTICE TO PARTIES/COUNSEL
02/21/2012 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 02/21/2012

02/29/2012 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 02/29/2012

Attorney: SCOTT HESS
DOCKET CALL ONLY....
03/02/2012 TRIAL - DOCKET CALL CONTINUED ON 03/02/2012
NANCY MILLS , JUSTICE
03/02/2012 MOTION - MOTION TO CONTINUE GRANTED ON 03/01/2012
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
03/02/2012 TRIAL - DOCKET CALL SCHEDULED FOR 04/03/2012

03/02/2012 TRIAL - DOCKET CALL NOTICE SENT ON 03/02/2012

03/07/2012 TRIAL - DOCKET CALL NOT HELD ON 03/06/2012

03/07/2012 HEARING - MOTION TO SUPPRESS CONTINUED ON 03/06/2012

03/07/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 03/13/2012 at 01:00 p.m.

NOTICE TO PARTIES/COUNSEL
03/07/2012 MOTION - MOTION TO CONTINUE FILED BY STATE ON 03/06/2012

03/07/2012 MOTION - MOTION TO CONTINUE GRANTED ON 03/06/2012
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
03/07/2012 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 03/07/2012

03/12/2012 OTHER FILING - OTHER DOCUMENT FILED ON 03/12/2012